UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO. CR05-0074RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | |
| BARTON L. CARTER and | ) | |
| PRESTON J. HEJNA, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court having reviewed the parties' Stipulated Motion to Continue Trial;

THE COURT FINDS that this is a factually-complicated case in which Defendants are charged with conspiracy to transfer plastic explosives, in violation of 18 U.S.C. § 371, possession of plastic explosives, in violation of 18 U.S.C. § 842, and being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1);

THE COURT FURTHER FINDS that the discovery in this case is extensive, and includes numerous lengthy recordings of conversations;

THE COURT FURTHER FINDS that defense counsel requires additional time beyond the currently-scheduled trial date of June 20, 2005, in order to adequately investigate the case and to effectively represent Defendants;

THE COURT FURTHER FINDS that Defendants have filed waivers waiving their right to a speedy trial until August 15, 2005, in order to allow their counsel time to investigate the case and to prepare for trial; and

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1    THE COURT FURTHER FINDS, pursuant to 18 U.S.C. § 3161(h)(8)(A), that the

2  ends of justice served by continuing the trial in this case outweigh the interest of the public

3  and of the Defendants in a more speedy trial.

4    IT IS THEREFORE ORDERED that the trial in this case shall be continued until

5  August 15, 2005, and that the period of time from June 20, 2005, up to and including August

6  15, 2005, shall be excludable time under 18 U.S.C. § 3161(h)(8)(A).

7    DONE this ___15___ day of June, 2005.

8

9                                          /s/ Ricardo S. Martinez____
                                           RICARDO S. MARTINEZ
10                                         United States District Judge
   Presented by:

11
   /s/C. Andrew Colasurdo
12 C. ANDREW COLASURDO
   Special Assistant United States Attorney

13
   /s/Andrew C. Friedman
14 ANDREW C. FRIEDMAN
   Assistant United States Attorney
15 United States Attorney's Office
   700 Stewart Street, Suite 5220
16 Seattle, WA 98101
   Telephone:  (206) 553-7970
17 Fax:  (206) 553-0755
   E-mail: Andrew.Colasurdo@usdoj.gov
18          Andrew.Friedman@usdoj.gov

19
   /s/Jeffrey H. Smith
20 JEFFREY H. SMITH
   Attorney for Barton L. Carter
21 1601 Fifth Avenue, Suite 2200
   Seattle, Washington 98101
22 Telephone:  (206) 340-0053
   Fax:  (206) 624-1767
23 E-mail: jeff@jeffsmithlaw.com

24
   /s/Bruce D. Erickson
25 BRUCE D. ERICKSON
   Attorney for Preston J. Hejna
26 411 University Street, Suite 1200
   Seattle, Washington  98104
27 Telephone:  (206) 624-1200
   Fax:  (206) 340-5988
28 E-mail: brucederickson@hotmail.com

PROPOSED ORDER CONTINUING TRIAL/CARTER - 2
(CR05-0074RSM)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970